UNITED STATES DISTRICT COURT
SHOUTREN DISTRICT OF NEW YORK

ISRAEL FARKASH,

          Plaintiffs,

- against -

FIVE STAR TRAVEL INC., KALMAN EISDORFER, RACHEL EISDORFER, AHRON MORDECHI GLAUBER a/k/a AHRON MORDEHAI FRIEDMAN, MIRIAM GLAUBER, YONAH GLAUBER, G&G QUALITY CLOTHING INC., FILLMORE CT INC., J.T. Ruhaipari Vámszabadterületi Korlátolt Felelősségű Társaság, ELUZER HORVITZ, SHULEM HOROWITZ, SHIMON DAVID DAVIDOVIZ, FRIDA DAVIDOVIZ, NUCHEM WELTZ, EIZIK BRAUN, DOV PINCHAS SEGAL, JOHN DOE #1 through #60, and # JANE DOE 1 through # 60,

          Defendants.

Civil Action No.
CV18-cv-3699 (ALC)(KHP)

NOTICE OF VOLUNTARY DISMISSAL

1.   Plaintiffs, ISRAEL FARKASH, pursuant to Rule 41(a)(l)(A)(i), hereby give notice, due to The FINANCIAL DEATH SENTENCEENTERED plaintiff were facing a as the result of Defendants extortion in an upright malicious witch hunt to death, they had no choice but enter an agreement which include this dismissal. the above-captioned action is therefore voluntarily dismissed, as against all defendants.

2.   As detailed further below ISRAEL FARKASH and the Company (Daskal Hamerkaz L 'Halbasha Americait) were facing a FINANCIAL DEATH SENTENCEENTERED as the result

of Defendants extortion in an upright malicious witch hunt to death, they had no choice but enter an agreement which include this dismissal.

3. WHEREAS plaintiff ISRAEL FARKASH, brought this action against the Defendants, to recover damages which suffered as a result of the defendants' conspiracy and scheme to defraud pursuant to the Racketeering Influenced Corrupt Organizations Act, 18 U.S.C. § 1961, et seq (RICO); violating of 18 U.S. Code § 1951 -2 Hobbs Act Extortion, By Force, Violence, Or Fear; Money Laundering; IRS Fraud; Bank Fraud; Customs fraud; Mail Fraud Under 18 U.S.C. § 1341; Wire Fraud Under 18 U.S.C. § 1343; 18 U.S. Code § 2315; 18 U.S. Code § 2315, 18 U.S. Code § 1952 Interstate and foreign travel or transportation in aid of racketeering enterprises ; and 28 U.S.C. §1331, and

4. WHEREAS All the claims duly sold, assigned and transferred to Israel Farkash by Company (Daskal Hamerkaz L 'Halbasha Americait) and plaintiff ISRAEL FARKASH is a judgment creditor, against said Company (Daskal Hamerkaz L 'Halbasha Americait)

5. WHEREAS In further of The Defendants' Scheme To Defraud The Plaintiff And To Obtain His Property Through Extortion A meeting called by the trustee Eitan Erez esq took please on 7/23/2018 at said meeting were present the trustee Eitan Erez esq., Benaihu Lebel esq., Raz Mengel esq. David Rutner and Bruchi Koftail. at said meeting David Rutner and Bruchi Koftail did extremely well-informed the trustee Eitan Erez esq., Benaihu Lebel esq., Raz Mengel esq. about the outstanding balance due and owing to Israel Farkash and that the total debt to all creditors is around of seven million shekel

6. On August 1, 2018 Israel Farkash had sent a detailed eMail to the trustee Eitan Erez esq., Benaihu Lebel esq., Raz Mengel esq., (1) demanding to stop damaging the company "DASKAL AMERICAN FASHION CENTER LTD" by their nefarious activities (2) about the outstanding balance due and owing to Israel Farkash including but not limited to, that a final judgment of New York Supreme Court of the sum $1,500,000.00 one and a half million dollars will be presented to them shortly,

7. On August 2, 2018 the trustee Eitan Erez esq., Benaihu Lebel esq., Raz Mengel esq. replied to Israel Farkash's eMail, The argument, started somewhat objectively at first, became in following polemic, upright malicious: a witch hunt to death begins.

8. Stating that thy deny his claim a blatant attempt to deprive a creditor of payment. lying to hide their nefarious motives to steal the business.

9. On August 2, 2018 the trustee Eitan Erez esq., Benaihu Lebel esq., Raz Mengel esq. filed a motion for stay all proceedings against the company Daskal American Fashion center said motion didn't include the outstanding balance due and owing to G&G and Israel Farkash namely the sum $1,500,000.00 one and a half million dollars. a fraudulent act by the trustee intended to deprive a creditor of payment for their blatantly obvious purpose so as G&G would be able to steal the Hamerkaz company.

10. On August 6, 2018 the bankruptcy court issued an order setting a hearing on 8/9/2018 said order stated that the trustee must give notice to all creditors 24 hours prior so as to give all creditors an opportunity to prepare their objections on 8/8/2018 needless to say that the trustee

Eitan Erez esq., Benaihu Lebel esq., Raz Mengel esq. didn't notify Israel Farkash. And instead an upright malicious witch hunt to death begins

11. Now when the Company (Daskal Hamerkaz L 'Halbasha Americait) was facing a FINANCIAL DEATH SENTENCE ENTERED as the result of Defendants extortion and in an upright malicious witch hunt to death, plaintiffs had no choice but enter an agreement which include this dismissal.

Dated: Brooklyn, NY
September 26, 2018

_____
Israel Farkash
Plaintiff Pro Se
1909 New York Avenue
Brooklyn, NY, 11210

UNITED STATES DISTRICT COURT
SHOUTREN DISTRICT OF NEW YORK

ISRAEL FARKASH,

                   Plaintiffs,         18-cv-03699 (ALC)

- against -

AHRON MORDECHI GLAUBER a/k/a AHRON MORDEHAI FRIEDMAN, MIRIAM GLAUBER, YONAH GLAUBER, G&G QUALITY CLOTHING INC., FILLMORE CT INC., J.T. Ruhaipari Vámszabadterületi Korlátolt Felelősségű Társaság, ELUZER HORVITZ, SHULEM HOROWITZ, SHIMON DAVID DAVIDOVIZ, FRIDA DAVIDOVIZ, NUCHEM WELTZ, EIZIK BRAUN, DOV PINCHAS SEGAL, JOHN DOE #1: through #60, and # JANE DOE 1 through # 60,

                   Defendants.

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

The undersigned Aron Berlin certifies under penalties of perjury as follows: that on October 14, 2018 I served a copy of the annexed **Notice of voluntarily dismissal** by depositing same, enclosed In a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon:

:

Avrom R Vann
Avrom R. Vann, P.C.
420 Lexington Avenue - Suite 2400
New York, NY 10170

Wersky Pllc
747 THIRD AVENUE " 32 ND FLOOR
NEW YORK , NEW YORK 10017
TEL: 212-425-0149

DATED: BROOKLYN, NEW YORK
          October 14, 2018

                                                                                        Aron Berlin

UNITED STATES DISTRICT COURT
SHOUTREN DISTRICT OF NEW YORK

ISRAEL FARKASH,

                                Plaintiffs,

- against -

AHRON MORDECHI GLAUBER a/k/a AHRON MORDEHAI FRIEDMAN, MIRIAM GLAUBER, YONAH GLAUBER, G&G QUALITY CLOTHING INC., FILLMORE CT INC., J.T. Ruhaipari Vámszabadterületi Korlátolt Felelősségű Társaság, ELUZER HORVITZ, SHULEM HOROWITZ, SHIMON DAVID DAVIDOVIZ, FRIDA DAVIDOVIZ, NUCHEM WELTZ, EIZIK BRAUN, DOV PINCHAS SEGAL, JOHN DOE #1: through #60, and # JANE DOE 1 through # 60,

                                Defendants.

RECEIVED
SDNY DOCKET
2018 OCT 15  AM 10: 52

18-cv-03699 (ALC)
U.S. DISTRICT COURT
S.D.N.Y.

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

The undersigned Aron Berlin certifies under penalties of perjury as follows: that on October 14, 2018 I served a copy of the annexed **Notice of voluntarily dismissal** by depositing same, enclosed In a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon:

:

Avrom R Vann
Avrom R. Vann, P.C.
420 Lexington Avenue - Suite 2400
New York, NY 10170

Wersky Pllc
747 THIRD AVENUE " 32 ND FLOOR
NEW YORK , NEW YORK 10017
TEL: 212-425-0149

DATED: BROOKLYN, NEW YORK
            October 14, 2018

                                                                  Aron Berlin

USDC SDNY

RECEIVED
2018 OCT 15 AM 8:52
CLERK'S OFFICE
SDNY

Pro Se

Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Israel Farkash
Plaintiff Pro Se
1909 New York Avenue
Brooklyn, NY, 11210