# AVROM R. VANN, P.C.
ATTORNEY-AT-LAW
1211 AVENUE OF THE AMERICAS-40TH FLOOR
NEW YORK, NEW YORK  10036-8718

(212) 382-1700

AVROM R. VANN, P.C.*

FACSIMILE NO. (212) 661-6976

*MEMBER NEW YORK
AND NEW JERSEY BARS

May 17, 2019

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square-Court Room 1306
New York, New York 10007

      RE:   G & G Quality Clothing, Inc. adv. Israel Farkash
              United States Civil Action 18-cv-36 99 (ALC)(KHP)
              Response to Letter Request of Plaintiff dated May 5, 2019

Dear Judge Carter:

      I represent Defendants Ahron Mordechi Glauber a/k/a Ahron Mordechai Friedman, Yonah Glauber, G & G Quality Clothing Inc., Fillmore CT Inc., J.T. Ruhaipari Vamszabadteruleti Korlatolt Felelossegu Tarsasag, Eluzer Horvitz and Shulem Horowitz (hereinafter collectively the "Moving Defendants") in this lawsuit. I write to request that the Court deny all of the relief sought by the Plaintiff, Israel Farkash, in his unauthorized letter to the Court dated May 5, 2019 (the "Unauthorized Letter")[ECF 60].

      In what has become characteristic of the Plaintiff, he makes allegations of the facts which are entirely frivolous and false. An examination of the Unauthorized Letter establishes that not a single document to which he refers makes reference to any of the Moving Defendants. In fact, the sole reference to any party to the current matter before the Court is a part of Exhibit "C", which contains a copy of an email from Twersky PLLC which served as counsel to the other Defendants in this lawsuit, and not to any of the Moving Defendants. Significantly, none of Twersky's clients are party to the Motion pending to this Court [ECF 50 et seq] which is addressed in the Unauthorized Letter.

      Since Mr. Farkash does not identify any one of the Moving Defendants as having anything whatsoever to do with events which he asserts occurred in the State of Israel, his request to hold the pending Motion in abeyance until after the proceedings in Israel conclude, to clarify the status of claims in this action as having been dismissed, and seeking permission to supplement his response to the Motion pending before this Court,

"according to the aforementioned" should be summarily denied and this Court should proceed with an issuance of its determination of the pending Motion.

      In fact, if anything, Mr. Farkash's current letter to the court makes it more imperative that this Court act upon and determine the pending Motion favorably to the Moving Defendants, particularly in view of the fact that Aaron Berlin, Mr. Farkash's cohort in these matters, has commenced an Action in the Supreme Court of the State of New York, County of New York, under Index Number: 151996/2019, against many of the same Defendants. A copy of the Summons with Notice in the newly commenced action is annexed hereto as Exhibit "1".

                                        Respectfully submitted,

                                        AVROM R. VANN, P.C.

                                        By: _____
                                               Avrom R. Vann, Esquire

ARV: dat
CC:     Mr. Israel Farkash
           4118 14th Avenue-Suite 40
           Brooklyn, New York 11219
           Email: Israel@ifarkash.com
           Via ECF

           Aaron Twersky, Esquire
           TWERSKY PLLC
           747 Third Avenue-32nd Floor
           New York, New York 10017
           Via ECF

J:\G&G QUALITY CLOTHING, INC\DASKAL\FARKASH LAWSUIT\Carter, Honorable Andrew L. Letter Request of Plaintiff 5-5-2019 2019-05-06.wpd