N.Y.S.D. Case #
18-cv-3699(ALC)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of February, two thousand twenty-one.

_____

Israel Farkash,

        Plaintiff - Appellant,

v.

Five Star Travel Inc., Kalman Eisdorfer, Rachel Eisdorfer, Ahron Mordechi Glauber, AKA Ahron Mordechi Friedman, Miriam Glauber, Yonah Glauber, G&G Quality Clothing Inc., Fillmore CT Inc., J.T. Ruhaipari Vamszabadteriileti Korlatolt Felelossegu Tarsasag, Eluzer Horvitz, Shulem Horowitz, Shimon David Davidoviz, Frida Davidoviz, Nuchem Weltz, Eizik Braun, Dov Pinchas Segal, John Doe, 1-60, Jane Doe, 1-60,

        Defendants- Appellees.

_____

**STATEMENT OF COSTS**

Docket No. 19-3572

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 10 2021

IT IS HEREBY ORDERED that costs are taxed in the amount of $17.60 in favor of Appellees Eizik Braun, Kalman Eisdorfer, Rachel Eisdorfer, Five Star Travel Inc. and Dov Pinchas Segal.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/10/2021